IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS RICHIE DOLLAR, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11-CV-336-ID |
| | ) | (WO) |
| RUSSELL COUNTY SHERIFF'S | ) | |
| OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Before the court are the Recommendation of the Magistrate Judge, (Doc. #3), the Plaintiff's Objection, (Doc. #4), the Supplemental Recommendation of the Magistrate Judge, (Doc. #6), and the Plaintiff's subsequent Objection, (Doc. #9). Having conducted a de novo determination of those portions of Magistrate's recommendations to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's objections, (Doc. #4 and Doc. #9), be and the same are hereby OVERRULED;

2. The recommendations of the Magistrate Judge, (Doc. #3 and Doc. #6), be and the same are hereby ADOPTED, APPROVED and AFFIRMED[1];

---

[1] The Court notes that the Plaintiff's complaint was filed about a year after the applicable limitations period had expired. The Magistrate's Supplemental Recommendation incorrectly stated that it was filed more than two years after the statute of limitations expired. (Doc. #6 at 4-5). The misstatement appears to be inadvertent and it does not affect the Court's decision to adopt the Magistrate's recommendations.

3. This case be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) because Plaintiff failed to file the complaint with regard to his current allegations within the time prescribed by the applicable limitation period.

DONE this the 17th day of June, 2011.

                                       /s/ Ira DeMent
                                       SENIOR UNITED STATES DISTRICT JUDGE